# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Billy R. | U. S. District Court | 10/29/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

600 West Capitol Avenue, Suite A403
Little Rock, AR 72201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Hendrix College |
| 2. | Board Member | Forester Historical Society |
| 3. | Chair | Eighth Circuit Jury Instruction Committee |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 10/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tonahill Society | March 25, 2013 - March 26, 2013 | Austin, TX | Association Meeting | Transportation, Lodging and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 10/29/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Tonahill Society | Lucchesee Boots | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alliance Bernstein Sm Cap Growth | B | Distribution | K | T | Sold (part) | 12/24/13 | K | A | |
| 2. Capital Guardian Research | | None | | | Sold | 06/21/13 | K | A | |
| 3. Common Stock Index (please see Part VIII) | | None | K | T | Buy | 08/16/13 | K | | |
| 4. GAMCO Small Co Value | | None | K | T | Sold (part) | 08/16/13 | K | A | |
| 5. Global Multi-Sector Equity | | None | | | Sold | 08/16/13 | J | A | |
| 6. Hugoton Royalty Trust | | None | J | T | | | | | |
| 7. International Growth of MFS Investment Management | | None | | | Sold | 04/12/13 | J | A | |
| 8. Large Cap Core PLUS (please see Part VIII) | | None | | | Sold | 08/16/13 | K | A | |
| 9. Large Cap Value Index (please see Part VIII) | | None | K | T | Buy (add'l) | 08/16/13 | K | | |
| 10. Mid Cap Index (please see Part VIII) | | None | K | T | Sold (part) | 08/16/13 | K | A | |
| 11. Mid Cap Value PLUS (please see Part VIII) | | None | K | T | Sold (part) | 08/16/13 | L | A | |
| 12. Oppenheimer Global | | None | | | Sold | 07/19/13 | J | A | |
| 13. Templeton Global Equity | | None | J | T | Buy | 08/16/13 | J | | |
| 14. T. Rowe Price Growth Stock | | None | | | Sold | 04/12/13 | K | A | |
| 15. Wells Fargo Omega Advantage Omega Growth | | None | | | Sold | 04/12/13 | K | A | |
| 16. Lion Oil | C | Royalty | J | W | | | | | |
| 17. Endeavor Oil | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. H. M. Berg | A | Rent | J | W | | | | | Ouachita County, AR |
| 19. Shell Oil (X) | A | Royalty | J | W | | | | | |
| 20. Aberdeen Global -- changed from Artio Global High Income Fund Class A | | None | J | T | Buy (add'l) | 12/24/13 | J | | |
| 21. Columbia Acorn International Fund Class A | | None | J | T | Buy (add'l) | 12/24/13 | J | | |
| 22. Dodge and Cox International Stock Fund | | None | J | T | Sold (part) | 12/30/13 | J | C | |
| 23. SPDR Dow Jones Reit ETF -- changed from ETF SPDR DJREIT | | None | J | T | Buy (add'l) | 12/24/13 | J | | |
| 24. Fidelity Advisors New Insight I | | None | K | T | Buy (add'l) | 12/24/13 | J | | |
| 25. Goldman Sachs Growth Opportunity Fund Inst Shrs | | None | K | T | Sold (part) | 12/30/13 | K | D | |
| 26. Invesco Con. Secs CL Y | | None | J | T | Buy (add'l) | 12/24/13 | J | | |
| 27. IShares Barclays Tips Bond Fund | | None | | | Sold | 07/31/13 | J | A | |
| 28. IShares Russelll 1000 Value -- used to be IShares Trust Russell | | None | | | Sold | 12/30/13 | K | D | |
| 29. J. P. Morgan Mid-Cap Value | C | Int./Div. | K | T | | | | | |
| 30. J. P. Morgan Strategic Income | | None | J | T | Buy (add'l) | 12/24/13 | J | | |
| 31. Loomis Sayles Global Bond | | None | J | T | Buy (add'l) | 12/24/13 | J | | |
| 32. Oppenheimer Developing Markets CL Y | | None | K | T | Buy (add'l) | 12/24/13 | K | | |
| 33. Oppenheimer Discovery Fund | D | Int./Div. | K | T | | | | | |
| 34. Pimco Total Return Fund Class A | | None | J | T | Buy (add'l) | 12/24/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Princeton Futures Strategy | | None | K | T | Buy (add'l) | 12/24/13 | K | | |
| 36.   Royce Total Return Fund Investment Class | | None | | | Sold | 09/25/13 | K | C | |
| 37.   T. Rowe Price Small Cap Value Fund | | None | K | T | Buy | 09/27/13 | K | | |
| 38.   T. Rowe Price Value Fund | | None | K | T | Buy | 12/27/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 10/29/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII.  INVESTMENTS AND TRUSTS

1.  COMMON STOCK INDEX
Fund Family -- Alliance Bernstein
Fund Name -- Accumulator Plus 04:EQ/Common Stock Index Portfolio

2.  LARGE CAP VALUE INDEX
Fund Family -- SSgA Funds Management, Inc.
Fund Name -- Accumulator Plus 04:EQ/Large Cap Value Index Portfolio

3.  MID CAP INDEX
Fund Family -- SSgA Funds Management, Inc.
Fund Name -- Accumulator Plus -4:EQ/Mid Cap Index Portfolio

4.  LARGE CAP CORE PLUS
Fund Family/Families --  Institutional Capital LLC; Capital Guardian Trust Company; Blackrock, Inc.; AXA Equitable Funds Management Group, LLC;
Thornburg Investment Management, Inc.
Fund Name -- AXA Large Cap Core Managed Volatility

5.  MID CAP VALUE PLUS
Fund Family/Families -- Wellington Management Company, LLP; Diamond Hill Capital Management, Inc.; Blackrock, Inc.; AXA Equitable Funds Management
Group, LLC
Fund Name -- AXA Mid Cap Value Managed Volatility

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 10/29/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Billy R. Wilson

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544